UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD L. ZAK

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social security,

    Defendant.

Case No. C03-5187 FDB

ORDER ON ATTORNEY FEES

This matter comes before the Court on Plaintiff's motion for authorization of attorney fees under 42 U.S.C. § 406(b). This court has jurisdiction to award attorney fees for work before this court under 42 U.S.C. § 406(b). <u>Straw v. Bowen</u>, 866 F.2d 1167 (9th Cir. 1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); <u>Stenswick v. Bowen</u>, 815 F.2d 519 (9th Cir. 1987).

Previously, this Court awarded Plaintiff's counsel $4,511.80 pursuant to the Equal Access to Justice Act (EAJA). An administrative level fee of $5,300.00 was previously awarded. Plaintiff's counsel now petitions for a gross fee of $15,259.00. Plaintiff has subtracted from 25% of the past due benefits the amount awarded pursuant to the EAJA and at the administrative level, leaving a net

ORDER - 1

fee of $5,447.20.  The Commissioner has filed a response to Plaintiff's motion without objection to the fee request.

Under 42 U.S.C. § 406(b)(1)(A) the court can only award fees up to the 25 percent withheld from the past-due benefits.  This 25% limit applies to the total of 42 U.S.C. § 406(a) and 406(b) fees combined.  See, Morris v. Social Sec. Admin., 689 F.2d 495, 497-98 (4th Cir. 1982); Webb v. Richardson, 472 F.2d 529, 536 (6th Cir. 1972); Dawson v. Finch, 425 F.2d 1192, 1195 (5th Cir. 1970).

ACCORDINGLY,

IT IS ORDERED:

Plaintiff's Motion for an Award of Attorney's Fees [DKT #24] is **GRANTED**.  Plaintiff is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $5,447.20 minus the § 406(d) administrative assessment.

DATED this 28th day of February, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2