# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD L. ZAK

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-5187FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Award of Attorney's Fees [Dkt. #24] is **GRANTED**. Plaintiff is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $5,447.20 minus the § 406(d) administrative assessment.

| | |
|---|---|
|   March 1, 2007 |   BRUCE RIFKIN |
| Date | Clerk |
| |   *s/Caroline M. Gonzalez* |
| | Deputy Clerk |